UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVE CARPENTER and JANELLE CARPENTER, a marital community, d/b/a BBQ Shack, L.L.C.,

Plaintiffs,

v.

THE CITY OF SNOHOMISH, a Washington Municipal Corporation; LIZ LOOMIS; and KAREN GUZAK and JOHN DOE GUZAK, a marital community,

Defendants.

CASE NO. C06-0755-JCC

ORDER

This matter comes before the Court on Plaintiffs' Motion To Extend Time (Dkt. No. 28) and Plaintiffs' Motion to Compel (Dkt. No. 27). The Court, having reviewed all materials submitted by the parties and determined that oral argument is not necessary, hereby finds and rules as follows.

**A.   MOTION TO EXTEND TIME**

Plaintiffs originally moved for an extension of time to file motions to compel and to pierce Defendants' claimed attorney–client and executive sessions privileges. Plaintiffs thereafter withdrew the portion of their motion relating to a motion to compel, but they still seek an extension to file a motion related to the privileges. (*See* Pls.' Notices (Dkt. Nos. 49, 56).)

Discovery motions are due before the discovery cutoff. Local Rules W.D. Wash. CR 16(f).

ORDER – 1

Plaintiffs have not made a sufficient showing of good cause for failure to file the requested discovery motion prior to the February 26, 2007 discovery cutoff in this case. Accordingly, their motion to extend time is DENIED.

**B.    MOTION TO COMPEL**

Plaintiffs originally moved to compel all three Defendants to verify their Answers to Plaintiffs' Interrogatories pursuant to Federal Rule of Civil Procedure 33(b)(2). After the instant motion was filed and after Interrogatory Answers were due, Defendants provided verifications for the First Set of Interrogatories by all three Defendants and for the Second Set of Interrogatories by one of the Defendants. Plaintiffs continue to request that all three Defendants verify the Second Set of Interrogatories and request sanctions. (*See* Pls.' Reply (Dkt. No. 48).)

All Defendants to whom Interrogatories were directed were required to verify the Answers thereto. FED. R. CIV. P. 33(b)(2). Accordingly, Defendants are ORDERED to supplement their Answers with complete verifications immediately if they have not already done so. Despite Defendants' tardiness, the Court does not find that sanctions are warranted. Accordingly, Plaintiffs' motion to compel is GRANTED IN PART and DENIED IN PART.

SO ORDERED this 8th day of May, 2007.

John C. Coughenour
United States District Judge

ORDER – 2